

FILED

SEP 0 6 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PATRICK GONZALES,<br><br>　　　　　　　　Defendants. | CASE NO. 1: 19 MJ 0 0 1 6 7 EPG<br><br>**UNDER SEAL**<br><br>ORDER SEALING CRIMINAL COMPLAINT |

IT IS HEREBY ORDERED that the Affidavit and Criminal Complaint in this case shall be SEALED until otherwise ordered by the court.

DATED: September 6 , 2019

_____
Honorable Erica P. Grosjean
United States Magistrate Judge

ORDER SEALING CRIMINAL COMPLAINT　　　　1