MCGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

SEP 10 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK GONZALES, <br><br> Defendant. | CASE NO. 1:19-MJ-00167-EPG <br><br> ORDER UNSEALING CRIMINAL COMPLAINT |

The United States of America hereby applies to this Court for an order to unseal the criminal complaint in this case. There no longer exists any reason to keep the complaint under seal.

IT IS HEREBY ORDERED that the case can be unsealed and made public record.

DATED: September 10, 2019

_____
Honorable Sheila K. Oberto
United States Magistrate Judge

ORDER UNSEALING CRIMINAL COMPLAINT                1